UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 4 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| MATEO RODRIGUEZ-PARDO, | No. 25-5049 |
| Petitioner, | Agency No. A220-284-712 |
| v. | |
| PAMELA BONDI, Attorney General, | ORDER |
| Respondent. | |

The motion (Docket Entry No. 16) for an extension of time to file the answering brief is granted.

The answering brief is due March 16, 2026. The optional reply brief is due 21 days after the answering brief is served.

The motion (Docket Entry No. 17) to strike the government's response to the motion to stay removal is denied because the response was timely filed.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT